**Burge Ice Machine Company, an Illinois Corporation, Plaintiff-Appellant, v. Leonard C. Dickerson and Homer H. Edwards, a Partnership, d/b/a Springfield Ice Skating Club, Defendants-Appellees.**

Gen. No. 49,399.

First District, Second Division.

June 8, 1965.

Winston, Strawn, Smith & Patterson, of Chicago (Edward J. Wendrow and Frank O. Wetmore II, of counsel), for appellant; Healy, Newby, Barrett & Healy, of Chicago (Walter C. Healy and George W. McGurn, of counsel), for appellees. Opinion by JUSTICE LYONS. Not to be published in full.